(06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 3155 | **DATE** | 10/21/2002 |
| **CASE TITLE** | Helmut Judt vs. Barry G. Doyle, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Accordingly, Answer ¶ 1 and 6 are stricken, If no amendment to the Answer is file on or before October 31, 2002 to correct the errors identified here, the allegations of Complaint ¶ 1 and 6 will be deemed to have been admitted.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | OCT 2 2 2002 | |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | | 12 |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 10/21/2002 | |
| | | date mailed notice | |
| SN | courtroom deputy's initials | SN | |
| | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HELMUT JUDT )
)
        Plaintiff, )
)
v. ) No. 02 C 3155
)
BARRY G. DOYLE, Special )
Administrator of the Estate of )
PHILLIP T. ROBERTSON, Deceased, )
and FFE TRANSPORTATION SERVICES, )
Inc. )
)
        Defendant. )

MEMORANDUM OPINION AND ORDER

Barry Doyle ("Doyle"), Special Administrator of the Estate of decedent Phillip T. Robertson, has just filed his Answer to the Complaint filed by Helmut Judt against both the Estate and the employer for whom decedent Robertson was driving a tractor-trailer at the time of the automobile collision that forms the gravamen of this action. This memorandum opinion and order is issued sua sponte to require counsel to correct the Answer's departure from one of the fundamental principles of federal pleading.

Answer ¶¶ 1 and 6 deviate from the express directive contained in the second sentence of Fed. R. Civ. P. (8)b as the precondition to a defendant's obtaining the benefit of a deemed denial of a plaintiff's allegations. And counsel compounds the matter by including a meaningless demand for "strict proof." In both of those respects, see Appendix 1 to State Farm Mut. Auto Ins. Co. v. Riley, 199 F.R.D. 276, 278 (N.D. Ill. 2001).

Accordingly, Answer ¶¶ 1 and 6 are stricken. If no amendment to the Answer is filed on or before October 31, 2002 to correct the errors identified here, the allegations of Complaint ¶¶ 1 and 6 will be deemed to have been admitted. Further, no charge is to be made to Doyle by his counsel for the added work and expense incurred in correcting counsel's errors. Counsel are ordered to apprise Doyle to that effect by letter, with a copy to be transmitted to this Court's chambers as an informational matter (not for filing).

_____
Milton I. Shadur
Senior United States District Judge

Date: October 21, 2002